### UNITED STATES v. BRENTS.

(District Court, N. D. Iowa, E. D.　March 28, 1912.)

#### No. 4,150.

Thomas E. Brents was indicted for bribery.　Demurrer to indictment sustained.

H. J. Bone, Sp. Asst. U. S. Atty.

S. C. Huber, for defendant.

REED, District Judge.　This indictment, and the demurrer thereto, are identical except as to the amount of the alleged bribe, with the indictment and demurrer thereto in the case of United States v. Van Wert, 195 Fed. 974, No. 4,149, just decided.　The demurrer to this indictment will therefore, as in that case, be sustained.

It is ordered accordingly.